# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LASANA TOURAY, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:18-cv-01651-AKK-SGC |
| SCOTT HASSEL, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed December 10, 2018. (Doc. 8). Respondents note Petitioner was removed from the United States to Gambia on December 5, 2018. (*Id.* at 1; Doc. 8-1 at 1). In light of the removal, the court can no longer provide meaningful relief, meaning the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' Motion to Dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**DONE** the 19th day of December, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE